UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOSEPH W. PENNEY, | |
| Petitioner, | |
| v. | No. 1:22-CV-00158-H |
| RICKY BISHOP, | |
| Respondent. | |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice as unexhausted.

Dated December 19, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge